No. 992, Misc. QUIRK *v.* CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 993, Misc. JEFFERSON *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 994, Misc. MASON *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 995, Misc. KEY *v.* NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 1003, Misc. WILLIAMS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1004, Misc. WILLIAMS *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 1009, Misc. BOYD *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 1013, Misc. CUMBERLAND *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 1016, Misc. McGRADY *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied. *Perkins Wilson* for petitioner.